Webb *v.* Flanders.

ance of the trusts may devolve." Starrett died. The Judge of Probate appointed Mr. Appleton, administrator *de bonis non*, who as such gave the bond, published the notices and took the oath thereof, as required of administrators *de bonis non*.

*J. Appleton* and *D. T. Jewett*, for plaintiffs.
*Cutting* and *Kelley*, for defendants.

---

## WEBB *versus* FLANDERS.

If a mortgage, (which was made to secure the performance of a bond,) be assigned, the mortgagee can maintain no action upon it, unless he have also some interest in the bond, for he could have no conditional judgment.

ENTRY, submitted for decision upon facts reported by a commissioner.

A father conveyed the land to the defendant, his son, taking a bond, (with a mortgage for its performance,) for the maintenance of the father. While these deeds were unrecorded, and before any breach of the bond, the father deeded

with general warranty to the plaintiff, who had knowledge of the former conveyance.

By THE COURT. — 1st. The plaintiff's deed, having been taken in fraud of defendant, cannot entitle him to an absolute judgment against the defendant.

2d. The deed to the plaintiff perhaps transferred the mortgage. It was a mortgage to secure performance of a bond. The bond was never assigned to plaintiff. Therefore he can have no conditional judgment. *Nonsuit.*